WM 17-463 TO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROMANY GHALI,

                Plaintiff,

     -against-

WAL-MART STORES EAST, LP,

               Defendants.
-----------------------------------------------------------------X

Docket No.: 18CV2495

**NOTICE OF MOTION**

COUNSELLORS:

    PLEASE TAKE NOTICE, that upon the annexed Affidavit of PATRICIA A. O'CONNOR, the annexed Statement of Material Facts on Motion, the annexed Memorandum of Law, and upon all pleadings and proceedings heretofore had herein, the undersigned will move this Court before the Honorable Judge Cathy Seibel as soon as counsel can be heard for an Order of summary judgment dismissing plaintiff's complaint against defendant, WAL-MART STORES EAST, LP, and for such other and further relief as to this Court may be just, proper and equitable.

Dated: Northport, New York
         January 15, 2019

                          Yours, etc.

                          BRODY, O'CONNOR & O'CONNOR, ESQS.
                          Attorneys for Defendant

                    By: _____
                          PATRICIA A. O'CONNOR (PO5645)
                          7 Bayview Avenue
                          Northport, New York 11768
                          (631) 261-7778
                          File No.: WM 16-148 PO

TO:    SOBO & SOBO, LLP
        Attorneys for Plaintiff
        One Dolson Avenue
        Middletown, New York 10940
        (845) 343-0466