UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROMANY GHALI,

                      Plaintiff,                                     18 **CIVIL** 2495 (CS)

        -against-                                     **JUDGMENT**

WALMART STORES EAST, LP,
                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 18, 2019, "Under *Celotex*, the burden on the moving party may be discharged by showing . . . that there is an absence of evidence to support the nonmoving party's case. Because [D]efendant has done so here," and Plaintiff has not in response presented evidence raising genuine issues of material fact, summary judgment is GRANTED. *See Tingling v. Great Atl. & Pac. Tea Co.*, No. 02-CV-4196, 2003 WL 22973452, at *2 (S.D.N.Y. Dec. 17, 2003) (citation and internal 20 quotation marks omitted), and judgment is entered for Defendant; accordingly, the case is closed.

**Dated:**  New York, New York
          April 18, 2019

                                                                       **RUBY J. KRAJICK**

                                                                       **Clerk of Court**
                                      **BY:**
                                                                          **Deputy Clerk**